DALE BELMONT, Appellant, *v.* LESTER COWAN PRODUCTIONS, INC., Respondent.

Counsel appeared May 19, 1947; decided May 22, 1947.

*J. Norman Lewis, Benjamin Bartel* and *Lester A. Lazarus* for appellant.

*Louis D. Frohlich, Arthur H. Schwartz* and *Herbert P. Jacoby* for respondent.

Application for leave to withdraw appeal granted on condition that the appellant pay to the respondent taxable disburse-

ments within twenty days; otherwise, order affirmed and judgment absolute ordered on the stipulation, with costs in all courts. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.